AO 450

# United States District Court

## Northern District of Indiana

**KIMBERLY STEELE**

                                                **JUDGMENT IN A CIVIL CASE**

        v.

                                                **Case No. 2:06 CV 311**

**THE POST TRIBUNE COMPANY**


[x]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED for the Defendant and against the Plaintiff


                                                       Stephen R. Ludwig, Clerk


                                                       <u>By /s/ Irma Rivera</u>
                                                       Deputy Clerk


This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **June 24, 2008**